UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John R. Griffin, Jr.</u>

       v.                                   Civil No. 16-cv-438-JL

<u>Manchester, NH Parole Office, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 25, 2017.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: February 24, 2017

cc:    John R. Griffin, Jr., pro se
        Elizabeth A. Lahey, Esq.
        Francis Charles Fredericks, Esq.
        Robert J. Rabuck, AUSA
        John A. Curran, Esq.