```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John R. Griffin, Jr.

       v.                                      Civil No. 16-cv-00438-JL

Manchester, NH Parole Office et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 11, 2017. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                          Joseph N. Laplante
                                                          Chief Judge

Date: August 31, 2017

cc:   John R. Griffin, Jr., pro se
      Francis Charles Fredericks, Esq.
      John A. Curran, Esq.
      Robert J. Rabuck, Esq.