```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John R. Griffin, Jr.

    v.                                                              Case No. 16-cv-438-JL

Manchester, NH Parole Office, et al.

## O R D E R

The objection deadline to the Report and Recommendation (doc. no. 95) was 11/21/2017. To accommodate the Thanksgiving holiday, the court *sua sponte* added 3 days plus 2 weeks to give the plaintiff ample opportunity to respond to the Report. No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 7, 2017. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Date: December 8, 2017

cc: John R. Griffin, Jr., pro se
    Elizabeth A. Lahey, Esq.
    Francis Charles Fredericks, Esq.
    Robert J. Rabuck, AUSA
    John A. Curran, Esq.